UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONE PETERSEN, | CASE NO. CV F 13-1066 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | (Doc. 6) |
| HUNT AND HENRIQUES, et al., | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this action and all claims against defendant Capital One Bank (USA), N.A., only.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **September 4, 2013**             /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE

1