# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONE PETERSON<br><br>　　　　　　　Plaintiff,<br>v.<br><br>HUNT AND HENRIQUES, a partnership, CAPITAL ONE BANK (USA) N.A., and Does 1 through 10<br><br>　　　　　　　Defendants. | Case No: 1:13-CV-01066 -MJS<br><br>ORDER GRANTING STIPULATION TO EXTEND THE DISCOVERY CUT-OFF FOR THE LIMITED PURPOSE ALLOWING DEFENDANT TO COMPLETE PREVIOUSLY NOTICED DEPOSITIONS<br><br>HON. MICHAEL J. SENG |

　　　Based upon the Stipulation to Extend the Discovery Cut-off for the Limited Purpose of Allowing Defendant to Complete previously noticed depositions, and good cause being shown, this Court hereby orders the following modifications to the litigation schedule:

1. Non-Expert Discovery Cut-off is continued to August 4, 2014;
2. Expert Disclosure is continued to September 2, 2014;
3. Expert discovery Cut-off is continued to November 3, 2014;

4. Expert Supplemental/Rebuttal Disclosure Deadlines is continued to September 29, 2014;

5. Non-Dispositive Motion Filing Deadline is continued to November 3, 2014;

6. Dispositive Motion Deadline is continued to December 2, 2014;

7. Dispositive Motion Hearing is continued to January 16 , 2015, at 9:30 a.m. in Courtroom 6;

8. Pretrial Conference is continued to February 20, 2015, at 9:30 a.m. in Courtroom 6;

9. Jury Trial is continued to April 7, 2015, at 8:30 a.m. in Courtroom 6.

IT IS SO ORDERED.

Dated:   May 23, 2014                    /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE