# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIONE PETERSEN,**<br><br>                    Plaintiff,<br><br>v.<br><br>**HUNT AND HENRIQUES, A PARTNERSHIP, CAPITAL ONE BANK (USA), N.A.,**<br><br>                    Defendants. | Case No: 1:13-cv-01066-MJS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. MICHAEL J. SENG** |

Based upon the Joint Motion for Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the action with prejudice.

IT IS SO ORDERED.

Dated:   July 28, 2014                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE